United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOE,

        Plaintiff(s),

   v.

SAMUEL MERRITT UNIVERSITY ET AL,

        Defendant(s).
_____/

No. C-13-05311 DMR

**ORDER TO SHOW CAUSE**

Plaintiff moves for an order "enforcing the Settlement Agreement and for entry of judgment in this case on the terms of that document." [Docket No. 15.] The parties have not previously informed the court of any settlement agreement, and the court has not received a copy of any settlement agreement. It is unclear whether this court has jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994). Accordingly, Plaintiff is ordered to show cause **by April 1, 2014** why this court has the jurisdiction to enforce the parties' settlement agreement.

        IT IS SO ORDERED.

Dated: March 24, 2014

DONNA M. RYU
United States Magistrate Judge